**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**S&H, SUCCESSOR IN INTEREST
TO PONTOTOC FIBERS, INC.**                                               **PLAINTIFF**

**V.**                                                    **CAUSE NO: 3:08CV24-SA-SAA**

**FOAMEX, L.P., SUCCESSOR IN
INTEREST TO FOAMEX FIBERS, INC.**                              **DEFENDANT**

## ORDER GRANTING MOTION TO STAY PROCEEDINGS AND CONTINUE TRIAL DATE UNTIL FURTHER NOTICE

This cause comes on Plaintiff, S&H's, Motion to Stay Proceedings [50]. The Court is of the following opinion:

Plaintiff avers that Mr. Gungor Solmaz, the president and sole principal of Pontotoc Fibers, was recently injured and suffered complications following surgery. Solmaz has been prescribed a narcotic for the pain as necessary to alleviate the pain. Moreover, as a result of the use of the narcotic pain medication, Solmaz's doctor doubted the ability for Solmaz to concentrate or focus on important matters.

Since Solmaz is a key witness in the case sub judice, the Plaintiff asks the Court to stay these proceedings until such a time when Solmaz has fully recovered and is competent to be deposed. The Defendants do not oppose this motion.

The Court finds that this motion is well taken, and the proceedings shall be stayed until further notice of the Court. The trial shall be continued until further notice.

**SO ORDERED**, this the 10th day of December, 2008.

/s/ Sharion Aycock
**U.S. DISTRICT COURT JUDGE**